Dismissed and Memorandum Opinion filed May 28, 2009








Dismissed
and Memorandum Opinion filed May 28, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00324-CV

____________

 

PAUL JEFFREY CONNALL, Appellant

 

V.

 

SENIOR WARDEN A.D. CASKEY, ET AL, Appellees

 



 

On Appeal from the
52nd District Court

Coryell County,
Texas

Trial Court Cause
No. COT-05-36460 

 



 

M E M O R A N D U M   O P I N I O N

This is
an attempted appeal from an order signed December 29, 2008.  On May 18, 2009,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Seymore, Brown, and
Sullivan.